# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **BCS SOFTWARE, LLC,**<br><br>            Plaintiff<br><br>      v.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>            Defendant | **Case No. 6:19-cv-00235-ADA**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff, BCS Software, LLC, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1.   BCS Software, LLC filed its Complaint in the above-titled action against Samsung Electronics America, Inc. on April 1, 2019.

2.   Samsung Electronics America, Inc. has not served an answer or a motion for summary judgment in this action.

3.   Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

4.   Accordingly, BCS Software, LLC hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 31, 2019 Respectfully submitted,

*/s/ R. W. Mort IV*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

ATTORNEYS FOR PLAINTIFF